FEB. 2, 2015

Nancy Young, Clerk
101 E. Sam Rayburn Dr., #201
Bonham, TX 75418

FILED FOR RECORD
FANNIN COUNTY, TEXAS
2015 FEB -9 AM
TAMMY BI...
COUNTY CLERK
BY _____ DEPUTY

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/10/2015 9:47:59 AM
DEBBIE AUTREY
Clerk

RE: Cause Nos. 47,493 ; 47,676
Rivard, David E.
Notice of Appeal

Dear Clerk:

On the date shown above I received

a copy of the June 27, 2014, "Order To

Withdraw Funds" issued by the County Court

at Law of Fannin County, TX.

I wish to APPEAL these orders, as I did

not have notice of or an opportunity to be heard

on the matter. (I never received a copy of any

Judgment & Sentence, either). (I didn't sign for it — Court costs)

Please Prepare the Appellate Record.

Thank You

David Rivard 1941091
P O Box 9000
Henderson TX 75653